```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


MMA FERN HALL CROSSING LLC, and      )
BFIM SPECIAL LIMITED PARTNER, INC.,  )
        Plaintiffs,                  )
                                     )
        v.                           )  CIVIL ACTION
                                     )  No. 18cv12486-DPW
BRADLEY-FERN HALL I, LLC,            )
        Defendant.                   )
```

## ORDER OF DISMISSAL

WOODLOCK, D.J.

In accordance with this Court's rulings at the hearing held this day, as reflected in the stenographer's notes thereof, GRANTING the Defendant's Motion to Dismiss Plaintiff's First Amended Complaint [10]; GRANTING the Plaintiffs' Motion for Leave to File Amended and Supplemental Complaint [23]; and thereafter DISMISSING sua sponte, the entire case, including all claims and counterclaims as inappropriate for declaratory judgment treatment, it is hereby ORDERED the above-entitled action be, and hereby is, DISMISSED in its entirety.

                              BY THE COURT,

                              */s/ Barbara I. Beatty*
                              _____
DATED:  March 7, 2019         Deputy Clerk